UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HAROLD SALWAY, JR.,<br><br>                Defendant. | CR 5:22-cr-50101<br><br>REDACTED INDICTMENT<br><br>Possession of a Firearm by a Prohibited Person<br>(18 U.S.C. §§ 922(g)(3) and 924(a)(2))<br><br>Conspiracy to Distribute a Controlled Substance<br>(21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(D))<br><br>Use of a Firearm During and in Relation to a Drug Trafficking Crime<br>(18 U.S.C. § 924(c)(1)(A)(i)) |

The Grand Jury charges:

COUNT I

On or about June 8, 2022, at Rapid City, in the District of South Dakota, the defendant, Harold Salway, Jr., then being an unlawful user of a controlled substance, and knowing he was an unlawful user of a controlled substance, did knowingly and intentionally possess a firearm, to wit,

1. a Springfield Armory, model XD9, 9x19mm Luger caliber, semi-automatic pistol, bearing serial number US959708;

2. a SIG Sauer Incorporated, model P226, 9x19mm Luger caliber, semi-automatic pistol, bearing serial number U464998; and a

3. a Savage Arms Corporation, model Axis, .22-250 Remington caliber, bolt-action rifle, bearing serial number H896971,

which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

## COUNT II

Beginning at a time unknown to the Grand Jury but no later than on or about January 2021, and continuing to on or about June 8, 2022, in the District of South Dakota and elsewhere, the defendant, Harold Salway, Jr., knowingly and intentionally, combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with the intent to distribute a controlled substance, that is, a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

## COUNT III

On or about between January 9, 2022, and January 22, 2022, in the District of South Dakota, the defendant, Harold Salway, Jr., did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) as charged in Count II, by trading a firearm for marijuana, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

A TRUE BILL

**Name Redacted**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney
By _____

2